IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT** ) <br> **OPPORTUNITY** ) <br> **COMMISSION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **RREMC, LLC, D/B/A** ) <br> **DENNY's RESTAUARNT** ) <br> Defendant. ) <br> ) <br> _____ | Case No. 8:22-cv-1087 |

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure (7)(b)(1), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant RREMC, LLC d/b/a Denny's Restaurant ("RREMC") hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, the parties state as follows:

1. EEOC commenced this action on May 10, 2022 against RREMC alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII").

2. EEOC's Complaint alleged that RREMC discriminated against Charging Party Juan Perez by subjecting him to harassment on the basis of national

1

origin, culminating in his termination. RREMC denies these allegations and admits no wrongdoing or violation of the law.

3. As a result of having engaged in comprehensive settlement negotiations, the parties agreed to resolve this action in its entirety upon the terms reflected in the executed Consent Decree, attached as **Joint Exhibit A**. The attached Consent Decree reflects the terms of the monetary and injunctive relief to which the parties have agreed after contemplating the specific facts of this case.

4. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reason why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

5. The entry of the Consent Decree will further the objectives of Title VII and will be in the best interests of Charging Party Juan Perez, RREMC, and the public.

Dated: May 10, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ *Ana Consuelo Martinez* | /s/ *Daniel S. Liebowitz* |
| ANA CONSUELO MARTINEZ | DANIEL S. LIEBOWITZ |
| Trial Attorney | Florida Bar No. 155918 |
| Government Bar No. A5501912 | 121 S. Orange Avenue, Suite 1500 |
| | Orlando, FL 32801 |
| U.S. EEOC | Telephone: 407-730-3535 |

Miami District Office  
100 SE 2nd Street, Suite 1500  
Miami, Florida 33131  
Tel: (786) 648-5791  
ana.martinez@eeoc.gov  

*Counsel for EEOC*

dliebowitz@cmlawfirm.com

*Counsel for Defendant RREMC*