# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

    Plaintiff,

v.                                               Case No: 8:22-cv-1087-MSS-CPT

**RREMC, LLC,**

    Defendant.

_____

## ORDER

    **THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion for Approval of Consent Decree. (Dkt. 2) Upon consideration of all relevant filings and case law, and being otherwise fully advised, the Court determines that the parties' Motion is due to be **GRANTED**. Notwithstanding any language contained in the Consent Decree, this Order is entered on the **STIPULATION** of the Parties, not based on any independent review or findings by the Court other than as to venue and jurisdiction. More specifically and pursuant to Federal Rule of Civil Procedure 65(d)(1)(A) and the Parties' agreement, this Order is entered to avoid further costs of litigation, to further the objectives of Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, and to adequately protect the rights of Plaintiff and the public interest.  Furthermore, the Parties agree that the final resolution of this

action under the Consent Decree's adequate, fair, reasonable, equitable, and just terms is in the best interests the Parties, Charging Party, and the public.

Accordingly, it is hereby **ORDERED** that:

1. The Parties' Joint Motion for Approval of Consent Decree, (Dkt. 2), is **GRANTED**. The Consent Decree (Dkt. 2-1), attached as an Exhibit hereto and incorporated by reference herein, is **APPROVED** and **ENTERED** by the Court.

2. This case is **DISMISSED,** with the Court retaining jurisdiction for a period of three years for the purpose of enforcement of the Consent Decree.

3. The **CLERK** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 16th day of May 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party